# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION



FILED
NOV 08 2022
Clerk, U S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | MJ 22-83-M-KLD |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DANIEL AUGUST MEYER, | |
| Defendant. | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint, Arrest Warrant, and Affidavit in Support of Criminal Complaint and Arrest Warrant filed herein, is SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance by any defendant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 8 day of November, 2022.

KATHLEEN L. DESOTO
United States Magistrate Judge

1